UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

DALE PESHEK, BRIAN THRELKELD
and HUNG NAM TRAN,

    Plaintiffs,

v.

KAREN TIMBERLAKE,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-1061-pp

___

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** under Federal Rule of Civil Procedure 12(b)(1) based on the <u>Younger v. Harris</u> abstention doctrine.

    **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 8th day of June, 2023.

    **BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk